BENJAMIN B. WAGNER
United States Attorney
MICHAEL S. FRYE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TYRELL RICHMOND,<br><br>　　　　　　Defendant | CASE NO. 1:14 CR 00171 LJO SKO<br><br>STIPULATION AND ORDER CONTINUING HEARING DATE |

**STIPULATION TO CONTINUE HEARING DATE**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, stipulate that a continuance of the status conference from April 20, 2015 at June 1, 2015, at 1:00 p.m.

The attorney for the government was recently advised that investigators in this matter obtained a very large amount of digital data, approximately 14 gigabytes, obtained through search warrants and will be providing this to the defense. The parties are anticipating engaging in settlement negotiations. No trial date has been set. A continuance is necessary to allow the attorney for the defendant to digest the new information and for the parties to engage in settlement discussions.

The parties agree to exclude time to June 1, 2015, and agree that the continuance of the hearing date will serve the ends of justice, and that the need for a continuance outweighs the interest of the

MOTION TO CONTINUE AND PROPOSED ORDER

1

public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED: April 13, 2015          Respectfully submitted,

                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Michael S. Frye
                                         MICHAEL S. FRYE
                                         Assistant United States Attorney

DATED:  April 13, 2015

                                         /s/ Marshall Hodgkins
                                         MARSHALL HODGKINS
                                         Counsel for Defendant

**O R D E R**

Based on the stipulation of counsel and for good cause, it is ORDERED that the hearing on the Defendant's Motion to Suppress in this matter is continued from April 20, 2015, to June 1, 2015, at 1:00 p.m. The court further finds that the ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance of the trial date is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:   **April 13, 2015**                                     **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE