PHILLIP A. TALBERT
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:14-CR-00171-NONE-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| TYRELL RICHMOND, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a *pro se* motion for compassionate release on November 19, 2020. Docket No. 33. The Court appointed counsel, and ordered the government to file a response 30 days from defense counsel's filing of a supplemental motion, and any reply within 15 days of the response. Docket No. 35. On March 9, 2021, counsel for the defendant filed a memorandum in support of the defendant pro se motion for compassionate release. Docket No. 37. The government's response is due on April 8, 2021, with any reply from the defendant due on April 23, 2021.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

schedule on the defendant's motion as follows:

    a)     The government's response to the defendant's motion to be filed on or before April 14, 2021;

    b)     The defendant's reply to the government's response to be filed on or before April 21, 2021.

IT IS SO STIPULATED.

Dated:  April 7, 2021            PHILLIP A. TALBERT  
                                        Acting United States Attorney

                                        /s/ CHRISTINA McCALL  
                                        CHRISTINA McCALL  
                                        Assistant United States Attorney

Dated:  April 7, 2021            /s/ ETAN ZAITSU  
                                        ETAN ZAITSU  
                                        Counsel for Defendant  
                                        TYRELL RICHMOND

## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)     The government's response to the defendant's motion, Docket Nos. 33, 37, is due on or before April 14, 2021;

    b)     The defendant's reply to the government's response, if any, is due on April 21, 2021.

IT IS SO ORDERED.

Dated:  **April 7, 2021**                        /s/ Dale A. Drozd  
                                                    UNITED STATES DISTRICT JUDGE